**Order entered April 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00163-CV
No. 05-18-00164-CV

**IN THE INTEREST OF M.A.A., A CHILD**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 1-15-76**

# ORDER

Before the Court is appellants' motion for leave to file their amended brief, which was due March 22, 2019. We **GRANT** the motion and **ORDER** the amended brief received March 28, 2019 filed as of the date of this order.

On our own motion, we **SUSPEND** the deadline for filing appellees' responsive brief(s) pending the Court's determination of Susan Z. Wright and "interested parties" motion to dismiss the appeal.

/s/    BILL WHITEHILL
        JUSTICE